| | |
|---|---|
| 1 | BENEDICT O'MAHONEY (State Bar No. 152447) |
|   | **TERRA LAW LLP** |
| 2 | 177 Park Avenue, Third Floor |
|   | San Jose, California 95113 |
| 3 | Telephone:  (408) 299-1200 |
|   | Facsimile:  (408) 998-4895 |
| 4 | Email:  bomahoney@terralaw.com |

5  JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
   CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
6  TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
   **FRIEDMAN, SUDER & COOKE**
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas  76102
   Telephone:  (817) 334-0400
9  Facsimile:  (817) 334-0401
   Email:  jts@fsclaw.com
10 Email:  vowell@fsclaw.com
   Email:  blumenfeld@fsclaw.com
11
   *Counsel for Plaintiff*
12 *SOFTVAULT SYSTEMS, INC.*

13
   DANIEL PIROLO
14 Telephone: (203) 373-2243
   Email: daniel.pirolo@ge.com
15
   *Counsel for Defendant*
16 *GENERAL ELECTRIC COMPANY*

17
                          **UNITED STATES DISTRICT COURT**
18
                          **NORTHERN DISTRICT OF CALIFORNIA**
19
                                  **SAN JOSE DIVISION**
20

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., | Case No. 5:14-cv-01164-LHK |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT GENERAL ELECTRIC COMPANY TO FILE ITS RESPONSIVE PLEADING** |
| v. | |
| GENERAL ELECTRIC COMPANY | [N.D. Cal. Civil L.R. 6-1(a)] |
| Defendant. | |
| | ORDER GRANTING STIPULATION |

Stipulation Extending Time for Responsive Pleading                Case No. 5:14-cv-01164-LHK

WHEREAS, Plaintiff SoftVault Systems, Inc. ("SoftVault") filed the present lawsuit on MARCH 12, 2014;

WHEREAS, the responsive pleading date for Defendant General Electric Company ("GE") is April 21, 2014;

WHEREAS, SoftVault has agreed to provide GE with an extension of time in which to answer or otherwise respond to the Complaint, such that GE's extended responsive pleading due date will be May 12, 2014;

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, this Stipulation is effective without Court Order pursuant to N.D. Cal. Civil L.R. 6-1(a);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for SoftVault and GE that GE's deadline to answer or otherwise respond to SoftVault's Complaint is extended to May 12, 2014.

Dated:  April 17, 2014         By: */s/ Benedict O'Mahoney*
                                Benedict O'Mahoney

                                *Counsel for Plaintiff*
                                *SOFTVAULT SYSTEMS, INC.*

Dated:  April 17, 2014         By: */s/ Daniel Pirolo*
                                Daniel Pirolo

                                *Counsel for Defendant*
                                *GENERAL ELECTRIC COMPANY*



It is so ordered.

April 18, 2014

Stipulation Extending Time for Responsive Pleading         Case No. 5:14-cv-01164-LHK