1
2
3
4
5
6
7

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,              ) | |
|                                       ) | Case No.: 14-CV-01164-LHK |
|              Plaintiff,               ) | Related Case No.: 14-CV-01166-LHK |
|      v.                               ) | |
|                                       ) | |
| GENERAL ELECTRIC, INC.,               ) | CASE MANAGEMENT ORDER |
|                                       ) | |
|              Defendant.               ) | |
| _____) | |
| SOFTVAULT SYSTEMS, INC.,              ) | |
|                                       ) | |
|              Plaintiff,               ) | |
|      v.                               ) | |
|                                       ) | |
| HONEYWELL, INC.,                      ) | |
|                                       ) | |
|              Defendant.               ) | |
| _____) | |

Clerk:  Martha Parker Brown           Plaintiff's Attorneys: P.J. Benedict O'Mahoney
Reporter:  Lee-Anne Shortridge        Attorney for Defendant Honeywell:  Scott D. Baker
Length of hearing:                    Attorney for Defendant General Electric: Nick G. Saros,

    A case management conference was held on May 29, 2014 at 1:30 p.m.  A further case management conference is set for September 10, 2014 at 2:00 p.m.

    The Court referred the parties to private mediation with a deadline of August 29, 2014.

    Each side may file only one dispositive motion in each respective case.

    The Court adopted the parties' proposed discovery limits set forth in their respective Joint Case Management Statements in each case.

    The Court set the following case schedule for both cases:

| | |
|---|---|
| Exchange of Initial Disclosures | 6/23/2014 |
| Disclosure of Asserted Claims and Infringement | 7/7/2014 |

Case No.: 14-CV-01164-LHK
Related Case No.: 14-CV-01166-LHK
CASE MANAGEMENT ORDER

| Contentions | |
|---|---|
| Invalidity Contentions | 8/21/2014 |
| Parties Exchange Proposed Claim Terms for construction | 9/4/2014 |
| Last Day to Meet and Confer on Proposed Terms | 9/18/2014 |
| Parties Exchange Preliminary Claim Constructions and identify supporting evidence and experts | 10/2/2014 |
| Last Day to Meet and Confer on Narrowing Issues and Joint Claim Construction and prehearing statement | 10/16/2014 |
| Parties File Joint Claim Construction and Prehearing Statement | 10/27/2014 |
| Close of Claim Construction Discovery | 11/10/2014 |
| Claim Construction Opening Briefs Due | 12/1/2014 |
| Claim Construction Responsive Briefs Due | 12/23/2014 |
| Claim Construction Reply Briefs Due | 1/6/2015 |
| Technology Tutorial | 2/26/2015 |
| Claim Construction Hearing | 3/5/2015 |
| Fact Discovery Cutoff | 9/5/2015 |
| Parties Serve Initial Expert Reports | 9/22/2015 |
| Parties Serve Rebuttal Expert Reports | 11/6/2015 |
| Close Expert Discovery | 12/6/2015 |
| Last Day to File Dispositive Motions | 1/5/2016 |
| Hearing on Dispositive Motions | 3/3/2016 at 1:30pm |
| Final Pretrial Conference | 7/28/2016 at 1:30pm |
| Jury Trial | 8/22/2016 at 9am |
| Length of Trial | 8 days (4 days per Defendant) |

**IT IS SO ORDERED.**

Dated: May 29, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-01164-LHK
Related Case No.: 14-CV-01166-LHK
CASE MANAGEMENT ORDER