UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., ) | Case No.: 14-CV-01164-LHK |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PARTIES TO FILE |
| v. ) | SUPPLEMENTAL JOINT CASE |
| ) | MANAGEMENT STATEMENT |
| GENERAL ELECTRIC, INC., ) | |
| ) | |
| Defendant. ) | |

The parties have failed to file supplemental joint case management statement seven days in advance of the Case Management Conference set for November 12, 2014 as required by Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file a supplemental joint case management statement by <u>Monday, November 10, 2014, at 9 a.m.</u>  The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-01164
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT