United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,<br><br>            Plaintiff,<br>   v.<br><br>GENERAL ELECTRIC, INC.,<br><br>            Defendant.<br>_____<br><br>SOFTVAULT SYSTEMS, INC.,<br><br>            Plaintiff,<br>   v.<br><br>PTC, INC.,<br><br>            Defendant.<br>_____<br><br>SOFTVAULT SYSTEMS, INC.,<br><br>            Plaintiff,<br>   v.<br><br>TANGOE, INC.,<br><br>            Defendant.<br>_____ | Case No.:  14-CV-01164-LHK<br>Related Case Nos.: 14-CV-03215-LHK;<br>14-CV-03223-LHK; 14-CV-03222-LHK;<br><br>CASE MANAGEMENT ORDER |

Case Nos.: 14-CV-01164-LHK; 14-CV-03215-LHK; 14-CV-03223-LHK; 14-CV-03222-LHK
CASE MANAGEMENT ORDER

|   |   |
|---|---|
| SOFTVAULT SYSTEMS, INC., | ) |
|             Plaintiff, | ) |
|      v. | ) |
| SOPHOS, INC., | ) |
|             Defendant. | ) |

The Court hereby makes the following orders regarding case management conferences in these cases:

<u>Softvault v. General Electric, Case No. 14-CV-01164- LHK</u>

By Monday, November 10, 2014, the parties shall file a joint statement identifying when they will file a joint stipulation of dismissal. The Court will then continue the case management conference in this case to a later date.

<u>All other related cases: Case Nos. 14-CV-03215-LHK; 14-CV-03223-LHK; 14-CV-03222-LHK</u>

The case management conferences currently set for November 12, 2014 are hereby CONTINUED to March 4, 2015, at 1:30 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by February 25, 2015.

The Court also hereby orders all parties in these cases to file joint settlement status reports by January 14, 2015.

**IT IS SO ORDERED.**

Dated: November 7, 2014

_____
LUCY H. KOH
United States District Judge