**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SOFTVAULT SYSTEMS, INC., | ) | Case No.: 14-CV-01164-LHK |
| Plaintiff, | ) ) | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| GENERAL ELECTRIC COMPANY, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties' joint statement regarding filing of joint stipulation of dismissal, ECF No. 45, the case management conference set for November 12, 2014, is continued to December 3, 2014, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by November 26, 2014.

**IT IS SO ORDERED.**

Dated: November 11, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge